BROWN v. FRIDAY SERVICES, INC.

No. 394P95

Case below: 119 N.C.App. 753

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 November 1995.

CRUMP v. BD. OF EDUCATION

No. 414P95

Case below: 119 N.C.App. 604

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 November 1995.

DOVER v. JOHNSON

No. 390P95

Case below: 119 N.C.App. 799

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 2 November 1995.

FLETCHER v. DANA CORPORATION

No. 339P95

Case below: 119 N.C.App. 491

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 2 November 1995.

GAMMONS v. N.C. DEPT. OF HUMAN RESOURCES

No. 311PA95

Case below: 119 N.C.App. 589

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 2 November 1995.